UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BRUCE J. SMITH, | : | 4:10-cv-00336-REL |
| For himself and on behalf of all | : | |
| similarly situated individuals, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GENERAL INFORMATION SERVICES, | : | |
| INC., | : | DISMISSAL WITHOUT PREJUDICE |
| | : | |
| Defendant. | : | |

COMES NOW Jeffrey M. Lipman of Lipman Law Firm, P.C., and hereby dismisses the above-entitled cause of action without prejudice.

                                                   S/ Jeffrey M. Lipman_____
                                                   Jeffrey M. Lipman              AT0004738
                                                   LIPMAN LAW FIRM, P.C.
                                                   8450 Hickman Road, Suite 16
                                                   Clive, IA 50325
                                                   (515)276-3411
                                                   FAX: (515)276-3736
                                                   EMAIL: [LIPMANLAWFIRM@AOL.COM](mailto:LIPMANLAWFIRM@AOL.COM)

                                                   ATTORNEY FOR PLAINTIFF